440 F.2d 1067
 UNITED STATES of America and Arthur J. Derbes, Jr., Special Agent of the Internal Revenue Service, Petitioners-Appellees,
v.
John B. LOCOCO, as Secretary-Treasurer of Continental Produce Company, Inc., and Continental Produce Company, Inc., Respondents-Appellants,
v.
Dominick D. DIAZ (deceased), Intervenor-Appellant,
Mrs. Lottie Hugo Diaz, Substituted Intervenor-Appellant.
 No. 30301 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 March 30, 1971.
 
 Appeal from the United States District Court for the Eastern District of Louisiana, Lansing L. Mitchell, Judge.
 Sehrt, Boyle, Wheeler & Butler, Virgil M. Wheeler, Jr., New Orleans, La., for respondents-appellants.
 Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Joseph M. Howard, John P. Burke, Attys., Tax Division, Dept. of Justice, Washington, D. C., for petitioners-appellees; Gerald J. Galling-house, U. S. Atty., New Orleans, La., of counsel.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed.
 
 
 2
 See Local Rule 21.[1] Donaldson v. United States, 400 U.S. 517, 91 S.Ct. 534, 27 L.Ed.2d 580 [Jan. 25, 1971]; Venn v. United States, 5 Cir., 400 F.2d 207 (1968).
 
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966